## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



2013 APR -2 PM 3:09

| UNITED STATES OF AMERICA, | CASE NO. 13cr0771-WQH |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CARLOS RODRIGUEZ-CANALES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

22:2778(b)(2) and (c); 22 CFR 121.1, 123.1, 127.1(a) and 127.3;

18:554(a); 22:401; 28:2461(c)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 2, 2013

William V. Gallo
U.S. Magistrate Judge